IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> **Plaintiff,** <br><br> v. <br><br> **GABRIEL SANCHEZ-OTERO,** <br><br> **Defendant**. | **CRIMINAL NO. 16-001 (PAD)** |

**ORDER**

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Camille L. Velez-Rive regarding the Rule 11 proceeding of defendant, Gabriel Sanchez-Otero. (Docket No. 38), to which no objections have been filed. The court finds the plea entered by the defendant was knowingly, voluntary, and intelligently entered with awareness of her rights and the consequences of pleading guilty. The plea is therefore accepted and the defendant is adjudged guilty as to Count One of the Indictment.

The court notes that a Presentence Investigation Report was ordered (Docket No. 37). The Sentencing Hearing is set for February 10, 2017 at 10:30 a.m. The parties shall file their Sentencing Memoranda by January 30, 2017.

**SO ORDERED.**

In San Juan, Puerto Rico, this 10th day of November, 2016.

S/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNANDEZ
United States District Judge